# Court of Appeals
# of the State of Georgia

ATLANTA,  February 04, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0239. JOHNSON et al. v. JAMES.**

As the application in the above-styled case has been denied, the emergency motion filed with the application is hereby denied as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/04/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*